# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, MARCH TERM, 1886.*

Froilan Miranda and others, Respondents, v. The Greenwich Insurance Company of the City of New York, Appellant. — Judgment affirmed, with costs. Opinion *Per Curiam*.

The People of the State of New York, Plaintiffs, v. Knickerbocker Life Insurance Company, Defendant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York v. Knickerbocker Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Fritze Freudenthal, Appellant, v. Eliza Davis, Respondent. — Order affirmed. Opinion by Brady, J.

George W. Reed, Appellant, v. New York, Lake Erie and Western Railway Company, Respondent. — Order reversed, with costs and disbursements, and proceedings remitted to Special Term for the further consideration and decision of the application. Opinion by Daniels, J.

John I. Tilton, Appellant, v. Susan M. Vail and others, Respondents. — Order affirmed, with costs to abide event. Opinion by Brady, J.

Olivia De Camp, Respondent, v. John J. Dempsey and another, Appellants. — Order affirmed, with ten dollars costs and disbursements, upon giving the stipulation mentioned in the opinion. Opinion by Daniels, J.

David Levy and another, Respondents, v. Rudolph Moeller, Appellant. — Order affirmed, with ten dollars costs and disbursements.

James P. Farrell, Respondent, v. Abraham Krone, Appellant. — Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Brady, J.

Mary A. Manley, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment affirmed. Opinion by Brady, J.

Antony Reisert and another, Appellants, v. William R. Peters, Respondent. — Judgment affirmed. Opinion by Brady, J.

In the Matter of Henry Lewis Morris. — Orders affirmed, with ten dollars costs and disbursements.

The People of the State of New York *ex rel.* Thomas L. Conklin v. The Board of Fire Commissioners. — *Certiorari* dismissed and proceedings of the commissioners affirmed. Opinion by Brady, J.

Alonzo W. Joline, Respondent, v. Patrick Connelly, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion to punish defendant for contempt, denied. Opinion *Per Curiam*.

Patrick McGowan, Respondent, v. Henry Zenner, Appellant. — Order modified as directed in opinion and affirmed as modified, without costs to either party. Opinion by Brady, J.

Thomas S. P. Miller, Appellant, v. Edwin C. Johnson, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of Theodore Heickel. — Order affirmed, with ten dollars costs and disbursements.

John W. Jacobus, Respondent, v. Benjamin F. Olmstead, Appellant. — Judgment affirmed, with costs.

Abraham R. Van Nest, Appellant, v. The Mayor, etc., of the City of New York, Respondent. — Judgment affirmed, with costs. Opinion by Daniels, J.

James J. Bevins, Respondent, v. Thomas F. Riley and others, Appellants. — Order reversed, without costs; order made denying motion for injunction. Opinion by Daniels, J.

Leopold Peck, Respondent, v. John H. McCarty, Appellant. — Judgment affirmed on opinion of Beach, J., in court below, with costs.

Stephen S. Newton and others, Appellants, v. Horace K. Thurber and others, Respondents. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

William Blackinton and others, Appellants, v. Adolph Goldsmith, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Felicci Tocci, Respondent, v. James Andrews and others, Appellants. — Order denying motion to vacate attachment affirmed, with ten dollars costs and disbursements.

Felicci Tocci, Respondent, v. James M. Andrews, Appellant, Impleaded, etc. — Order denying motion to make complaint more definite affirmed, without costs.

Nelson A. Salisbury v. Henry P. Niehbur. — Order reversed, with ten dollars costs and disbursements.

The People of the State of New York *ex rel.* The Panama Railroad Company, Appellant, v. Commissioners of Taxes, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements on opinion of Beach, J., in court below.

Christopher Meyer, Appellant, v. Thomas S. Blair and another, Respondents. — Judgment affirmed, with costs on opinion of Lawrence, J., in court below.

S. Townsend Peckham, Appellant, v. Manhattan Life Insurance Company, Respondent. — Judgment affirmed, with costs.

Horace B. Claflin and others, Appellants, v. James G. Dubois, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion *Per Curiam*.

Michael Martin, General Guardian, etc., Respondent, v. New York, New Haven and Hartford Railway Company, Appellant. — Judgment affirmed.

The Porous Plaster Company of the Village of Sing Sing, Respondent, v. William Edwards, Appellant. — Judgment affirmed, with costs.

Timothy Berry, Respondent, v. James B. Berry and others, Appellants. — Judgment affirmed, with costs.

George Slicovich, Respondent, v. William Ruger and others, Appellants.

Same v. Same. — Orders affirmed, with ten dollars costs and disbursements in one case.

Arno Schoff and others, v. Moses G. Rosenberg. — Motion for reargument denied.

John L. Laubensdorfer, Appellant, v. James B. Brady, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam*.

Louis Sachs, Respondent, v. Max Blau, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Henry Iden, Respondent, v. Thomas Osborn, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted with ten dollars costs to abide the event of the suit. Opinion by Davis, P. J.

---

* Decisions handed down March 25, 1886.